UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

NICOLÁS MADURO MOROS,
DIOSDADO CABELLO RONDÓN,
HUGO ARMANDO CARVAJAL BARRIOS,
   a/k/a "El Pollo,"
CLÍVER ANTONIO ALCALÁ CORDONES,
LUCIANO MARÍN ARANGO,
   a/k/a "Ivan Marquez," and
SEUXIS PAUCIS HERNÁNDEZ SOLARTE,
   a/k/a "Jesús Santrich,"

                       Defendants.

Notice of Appearance and Request for Electronic Notification

S2 11 Cr. 205 (AKH)

---

TO:   Clerk of Court
       United States District Court
       Southern District of New York

    The undersigned attorney respectfully requests the Clerk to note her appearance in this case on behalf of the United States of America and to add her as a filing user to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

by: /s/ Kaylan E. Lasky
Kaylan E. Lasky
Assistant United States Attorney
(212) 637-2315
kaylan.lasky@usdoj.gov

TO:   Attorneys of record