```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
                                                :
UNITED STATES OF AMERICA                        :      NOLLE PROSEQUI
                                                :
           - v. -                               :      S2 11 Cr. 205 (AKH)
                                                :
SEUXIS PAUCIS HERNANDEZ-SOLARTE,                :
     a/k/a "Jesus Santrich,"                    :
                                                :
                      Defendant.                :
                                                :
------------------------------------------------x
```

    1.    The filing of this nolle prosequi will dispose of this case with respect to SEUXIS PAUCIS HERNANDEZ-SOLARTE, a/k/a "Jesus Santrich," the defendant.

    2.    On March 5, 2020, Superseding Indictment S2 11 Cr. 205 (AKH) (the "Superseding Indictment") was filed charging SEUXIS PAUCIS HERNANDEZ-SOLARTE, a/k/a "Jesus Santrich," the defendant, in four counts with (i) narco-terrorism conspiracy, in violation of 21 U.S.C. § 960a; (ii) cocaine-importation conspiracy, in violation of 21 U.S.C. §§ 959 and 963; (iii) possession of machineguns and destructive devices, in violation of 18 U.S.C. §§ 924(c)(1)(A), 924(c)(1)(B)(ii); and (iv) conspiracy to possess machineguns and destructive devices, in violation of 18 U.S.C. § 924(o).

    3.    In or about May 2022, prior to his apprehension, while this case was still pending, SEUXIS PAUCIS HERNANDEZ-SOLARTE, a/k/a "Jesus Santrich," the defendant, died.

4. Because SEUXIS PAUCIS HERNANDEZ-SOLARTE, a/k/a "Jesus Santrich," the defendant, died while this case was pending, and therefore before a final judgment was issued, the Government respectfully requests that an order of <u>nolle prosequi</u> be filed as to the defendant with respect to the Superseding Indictment. <u>See</u> <u>United States v. Wright</u>, 160 F.3d 905, 908 (2d Cir. 1998).

[Remainder of Page Intentionally Left Blank]

5.   In light of the foregoing, I recommend that an order of <u>nolle prosequi</u> be filed as to SEUXIS PAUCIS HERNANDEZ-SOLARTE, a/k/a "Jesus Santrich," the defendant.

```
                              _____
                              KYLE A. WIRSHBA / KAYLAN E. LASKY /
                              JASON A. RICHMAN
                              Assistant United States Attorneys
                              (212) 637-2493
```

Dated:   New York, New York
         November  9 , 2022

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of <u>nolle prosequi</u> be filed as to SEUXIS PAUCIS HERNANDEZ-SOLARTE, a/k/a "Jesus Santrich," the defendant, with respect to Superseding Indictment S2 11 Cr. 205 (AKH).

```
                              _____
                              DAMIAN WILLIAMS
                              United States Attorney
                              Southern District of New York
```

Dated:   New York, New York
         November  9 , 2022

SO ORDERED:

```
                              /s/ Alvin K. Hellerstein
                              _____
                              HONORABLE ALVIN K. HELLERSTEIN
                              United States District Judge
                              Southern District of New York
```

Dated:   New York, New York
          November 10   , 2022